THE TOWN OF CHERRY CREEK, Respondent, *v.* PHILIP BECKER, Impleaded, etc., Appellant.

(Argued March 17, 1885 ; decided March 27, 1885.)

*Adelbert Moot* for appellant.

*C. R. Lockwood* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.